1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY A. SPIVAK
   Special Assistant U.S. Attorney
3  ASHWIN JANAKIRAM
   Special Assistant U.S. Attorney
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2700

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      ) CASE NO.  2:12-MJ-00204-KJN
                                  )
13                 Plaintiff,     ) **UNITED STATES'S MOTION FOR**
                                  ) **LEAVE TO AMEND INFORMATION**
14 v.                             ) **PURSUANT TO**
                                  ) **FED. R. CRIM. P. 7(E)**
15 RAFAL S. BARAN,                )
                                  ) DATE:  November 16, 2012
16                 Defendant.     ) TIME:  9:00 a.m.
                                  ) JUDGE: Hon. Kendall J. Newman
17 ─────────────────────────────  )
                                  )
18

19            <u>**MOTION FOR LEAVE TO AMEND**</u>

20      The United States, through the undersigned counsel, moves for

21 leave to amend Count Two of the Information filed in this case.  The

22 defendant does not oppose this motion.

23      Under Federal Rule of Criminal Procedure 7(e), this Court "may

24 permit an information to be amended at any time before the verdict

25 or finding."  <u>Fed. R. Crim. P. 7(e)</u>.  However, an information shall

26 not be amended if the amendment would charge "an additional or

27 different offense" or if "a substantial right of the defendant is

28 prejudiced" by the amendment.  <u>Id</u>.  The proposed amendment will not

involve an additional or different offense, nor prejudice a substantial right of the defendant.

Count Two of the Information charges the defendant with a violation of 16 U.S.C. § 551 and 36 C.F.R. § 261.54(d), operating a vehicle in violation of a Forest Service order.  The Information then incorrectly references Forest Order No. 10-02 – "Regulation of off-highway vehicles on Forest Service Roads."  The United States seeks to amend the Information to state the proper subsection of 36 C.F.R. § 261.54 and the proper Forest Service order, Order No. 17-98-223, section two, which similarly regulates off-highway vehicles on Forest Service roads.

The proposed amendment does not add an additional or different offense, nor change the penalty for the charged offense.  Instead, the amendment corrects a drafting error in the Information.  The caption of the Information states Count Two as "Riding Off-Highway Vehicle on Forest Service Road."  That continues to be precisely the offense charged.

On September 6, 2012, the United States provided defense counsel with the a copy of the correct Forest Service order, Order No. 17-98-223.  Along with that production, the United States informed defense counsel that Order No. 17-98-223, section two, was the "proper order," and that 36 C.F.R. § 261.54(a), rather than 36 C.F.R. § 261.54(d) was the proper regulation charged.  The United States informed defense counsel that it would correct the drafting error before trial.

On November 13, 2012, the United States provided a copy of the Amended Information to the defense.  On November 14, 2012, defense

counsel confirmed they do not oppose the Court granting this motion for leave to amend the information.

The proposed amendment would not burden a substantial right of the defendant, nor cause any prejudice to the defendant.  Thus, the United States requests the Court grant the United States leave to amend the Information.


Dated:    November 14, 2012         Respectfully submitted,


                                    BENJAMIN B. WAGNER
                                    United States Attorney


                                     /s/ Jeffrey A. Spivak
                                    JEFFREY A. SPIVAK
                                    Special Assistant U.S. Attorney

**FOR GOOD CAUSE SHOWN, THE GOVERNMENT IS GRANTED LEAVE TO AMEND THE INFORMATION IN THIS CASE.   THIS AMENDED INFORMATION SHALL BE FILED WITH THE CLERK OF THE COURT BY 5PM ON NOVEMBER 15, 2012.**

Date:   November 15, 2012

_____

KENDALL J. NEWMAN

UNITED STATES MAGISTRATE JUDGE