1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA HARTER, Bar #179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5
   Attorney for Defendant
6  RAFAEL BARAN



7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. 2:12-mj-00204-KJN
                                    )
12               Plaintiff,         )
                                    )  STIPULATION ORDER TO CONTINUE
13        v.                        )  COURT TRIAL
                                    )
14 RAFAEL BARAN,                    )
                                    )  Date:  December 14, 2012
15               Defendant.         )  Time:  9:00 a.m.
                                    )  Judge: Hon. Kendall J. Newman
16 _____  )

17      It is hereby stipulated between the parties, Jeffrey Spivak,

18 Special Assistant United States Attorney, and Linda Harter, Attorney

19 for Defendant Rafael Baran, as follows:

20      The current court trial date of November 16, 2012 at 9:00 a.m. be

21 vacated and a new court trial date of December 14, 2012 at 9:00 a.m.

22 should be set.

23      The reason for the continuance is because a key defense witness,

24 Mr. Kevin Hall, cannot make the current trial date.  He is contracted

25 to do work for Cal-Trans and an emergency has come up.  Mr. Hall's

26 testimony is necessary for Mr. Baran's defense, therefore the trial

27 should not continue without his presence.

28

1 | Dated:  November 15, 2012
2 |                                          Respectfully submitted,
3 |                                          DANIEL BRODERICK
  |                                          Federal Defender
4 |
5 |                                          /s/ Linda C. Harter
6 |                                          _____
  |                                          LINDA HARTER
  |                                          Assistant Federal Defender
7 |                                          Attorney for Defendant
  |                                          RAFAEL BARAN
8 |
9 |
10 | Dated: November 15, 2012
11 |                                          BENJAMIN WAGNER
  |                                          United States Attorney
12 |
13 |                                          /s/ Jeffrey Spivak
14 |                                          _____
  |                                          JEFFREY SPIVAK
  |                                          Special Assistant U.S. Attorney
15 |
...
28 |

Baran s/o                                    -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the court trial previously set for November 16, 2012, be vacated and a new court trial date of December 14, 2012 at 9:00 a.m. be set. Based on the representations of defense counsel and stipulation of the parties, and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: November 15, 2012

KENDALL J. NEWMAN
United States Magistrate Judge

Baran s/o                                    -3-