```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEFFREY A. SPIVAK
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2805
 5
 6
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12          Plaintiff,            )    2:12-MJ-00204-KJN
                                 )
13      v.                       )    Stipulation and Order to
                                 )    Continue Court Trial
14  RAFAL S. BARAN,              )
                                 )    Date: December 14, 2012
15          Defendant.            )    Time:  9:00 a.m.
                                 )    Judge: Hon. Kendall J. Newman
16  _____ )
17      It is hereby stipulated and agreed between the United States
18  and the defendant by and through their respective counsel that the
19  previously scheduled court trial set for December 14, 2012
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

at 9:00 a.m. be continued to January 28, 2013 at 9:00 a.m.  The primary witness for the United States has family medical responsibilities that will prevent his appearance on December 14, 2012.

DATED: December 3, 2012          BENJAMIN B. WAGNER
                                 United States Attorney


                                 By:  /s/ Jeffrey A. Spivak
                                 JEFFREY A. SPIVAK
                                 Special Assistant U.S. Attorney

DATED: December 3, 2012          DANIEL J. BRODERICK
                                 Federal Defender


                                 (as authorized on 12/3/2012)
                                 By: /s/ LINDA HARTER
                                 LINDA HARTER
                                 Attorney for Defendant

O R D E R

IT IS SO ORDERED:

DATED: December 3, 2012


                                 KENDALL J. NEWMAN
                                 UNITED STATES MAGISTRATE JUDGE